**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:        Thomas Wayne Florence v. The State of Texas

Appellate case numbers:    01-20-00556-CR

Trial court case number:    10-CR-1217

Trial court:                        56th District Court of Galveston County

Appellant, Thomas Wayne Florence, proceeding pro se, has filed a "Motion [] to Conduct an En Banc Review (New Justices) in the Interest of Justice Due to 11 Plus Years of Wrongful Imprisonment/Convcition." *See* TEX. R. APP. P. 49.5 (authorizing party to file motion for en banc reconsideration). It is unclear from appellant's motion whether he seeks en banc reconsideration of this appeal, in which judgment has not yet issued, or of a prior appeal to this Court.

A motion for en banc reconsideration must be filed within 15 days after the court of appeals' judgment or order is rendered. TEX. R. APP. P. 49.1, 49.5. To the extent that appellant seeks en banc reconsideration of a prior appeal, the motion is untimely. *See id.* To the extent that appellant seeks en banc reconsideration of this appeal, the motion is premature because the Court has not yet rendered judgment.

Accordingly, the Court **denies** the motion. *See id.*

It is so ORDERED.

Judge's signature:   _/s/  April L. Farris_
                            ☑ Acting individually    ☐ Acting for the Court

Date: _December 30, 2021_